JOHN S. STUBBS et al., Executors, etc., Respondents, *v.* EDWARD C. RIPLEY et al., Appellants.

(Argued June 15, 1886; decided June 22, 1886.

*Nelson J. Waterbury* for motion.

*Edward C. Ripley* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

GEORGE L. KINGSLAND, Respondent, *v.* GEORGE H. FOSTER et al., Appellants.

(Argued June 15, 1886; decided June 22, 1886.)

*Edward Bartlett* for motion.

*George H. Foster* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.